FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY RECEIVED

SEFERINO CASTRO

(Enter above the full name of the plaintiff in this action)

V.

VOLUNTEERS OF AMERICA (VOA),
CHRISTINA LEMMA and
CFG MEDICAL SERVICES.

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

JAN 0 5 2026
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Civil Action No. _____

(To be supplied by the Clerk of the Court)

---

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and  subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of   $52.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

---

6.    If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

_✓_    42 U.S.C. §1983 (applies to state prisoners)

____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

_X_ Other: (please explain) Released State Prisoner

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _Seferino Castro    N/A_

Defendant(s): _N/A_

b.    Court and docket number: _____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _N/A_

e.    Approximate date of disposition: _N/A_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? _N/A_

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: _Seferino Castro_

Address: 5060 Atlantic Ave. (ACJF)

Inmate#: # 299357

b.    First defendant:

Name: Volunteers of America (VOA)

Official position: Halfway House

Place of employment: 510 Liberty Street Camden, NJ

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Halfway House Facility

c.    Second defendant:

Name: Christina Lemma

Official position: Director

Place of employment: VOA Halfway House

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Failed act on plaintiff's complaint of deliberate indifference to a serious medical need.

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.   I previously have sought informal or formal relief from the appropriate
administrative officials regarding the acts complained of in the
Statement of Claims on page 6.

__✓__ Yes   _____ No

If your answer is "Yes," briefly describe the steps taken, including how
relief was sought, from whom you sought relief, and the results.

Exhausted available facility
Administrative Remedy Process. Sought
relief from VOA Director Christina Lemma.

If your answer is "No," briefly explain why administrative remedies
were not exhausted.

N/A

6.   Statement of Claims

(State here as briefly as possible the facts of your case. Describe how
each defendant violated your rights, giving dates and places. If you do
not specify how each defendant violated your rights and the date(s)
and place of the violations, your complaint may be dismissed. Include
also the names of other persons who are involved, including dates and
places. Do not give any legal arguments or cite any cases or statutes.
If you intend to allege a number of related claims, number and set
forth each claim in a separate paragraph. Use as much space as you
need. Attach a separate sheet if necessary.)

Plaintiff was a resident at the VOA
Liberty Street Halfway House located at 510
Liberty Street Camden, NJ from June
2023 through September 2023.
Upon entering the facility plaintiff
reported to the medical staff a serious
medical need, to wit, a limb-threatening

infection. More particularly, plaintiff reported that he was suffering from severe pain in his left leg and foot after having an ingrown toenail surgically removed. Plaintiff was unable to walk due to the swelling and spreading infection in his left leg and foot.

I submitted a medical services request form with defendant CFG Health Systems, the healthcare provider at the VOA facility. Defendant CFG was totally unresponsive to plaintiff's serious medical needs.

Over the next two (2) months plaintiff's foot and leg continued to swell, while turning purple and blue. Plaintiff was unable to stand on his foot and leg due to the overwhelming pain.

Finally during the month of September 2024 plaintiff advised all defendants that he intended on calling the police and emergency medical personnel in order to obtain medical treatment. As a result plaintiff was transported to Cooper Hospital in Camden, New Jersey where he underwent emergency surgery to save his leg from amputation. Plaintiff now suffers from ~~xxxx~~ blood clots throughout his leg.

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff seeks punitive damages in the amount of $7,000,000.00

Plaintiff seeks compensatory award in the amount of $250,000.00

Statement of Claim
Continued

The blood clots are recurring symptoms that are extremely painfull. Plaintiff has been forced to take medication for the rest of his life to treat the blood clots. The conduct of all named defendants has hampered the quality of plaintiff's life by causing lifelong pain, disfigurement and lower quality of life. There is a distinct possibility that plaintiff may have to undergo medical amputation.

It was the actions and inactions of all named defendants that has caused plaintiff irreparable harm. The defendants deliberate indifference to plaintiff's serious medical needs caused the harm set forth above.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

(X) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of December , 20 2 5

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).